UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>Orlando Torres Angulo,<br><br>                Defendant. | No. 2:22-cr-00179-KJM |
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>Myra Lopez-Granados,<br><br>                Defendant. | No. 2:23-cr-00096-JAM<br><br>RELATED CASE ORDER |

      Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). "[B]oth actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). Accordingly, the assignment of

1 these matters to the same judge is likely to effect a substantial savings of judicial effort and is
2 likely to be convenient for the parties.
3     The parties should be aware that relating cases under Rule 123 causes the actions
4 to be assigned to the same judge—it does not consolidate the actions.  Under Rule 123, related
5 cases are generally assigned to the judge to whom the first filed action was assigned.
6     As a result, it is hereby ORDERED that 2:23-cr-00096-JAM is reassigned from
7 Senior United States District Judge John A. Mendez to Chief United States District Judge
8 Kimberly J. Mueller.  The caption on documents filed in the reassigned case shall be shown as
9 2:23-cv-00096-KJM.
10     It is further ORDERED that the Clerk of the Court make appropriate adjustment in
11 the assignment of civil cases to compensate for this reassignment.
12    IT IS SO ORDERED.
13 DATED:  May 1, 2023.
14

_____
CHIEF UNITED STATES DISTRICT JUDGE